## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES Z. HARDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-18-00569-M |
| | ) | |
| THE PEP BOYS – MANNY, MOE & | ) | |
| JACK OF DELAWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Compel Arbitration, filed September 18, 2018. Plaintiff does not object to the motion. Upon review of the motion, and for good cause shown, the Court GRANTS Defendant's Unopposed Motion to Compel Arbitration [docket no. 16], COMPELS the parties to proceed with arbitration of plaintiff's claims, and DISMISSES this action without prejudice.

**IT IS SO ORDERED this 19th day of September, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE